# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KATHLEEN HAERENS,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:20-cv-1534 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 21, 2021 (Doc. 14) |

Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to comply with the Court's scheduling order and failure to prosecute this case. (Doc. 14 at 2.) In the alternative, Plaintiff was directed to file an opening brief. (*Id.*) On November 2, 2021, Plaintiff filed a response to the Court's order and her opening brief. (Docs. 15, 16.) Accordingly, the Court **ORDERS**: the order to show cause dated October 21, 2021 (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **November 4, 2021**          _ /s/ Jennifer L. Thurston
                                       CHIEF UNITED STATES MAGISTRATE JUDGE

1