UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KATHLEEN HAERENS,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-1534 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF PATRICIA HAERENS AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

    On November 29, 2021, Patricia Haerens and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 18 at 1-2.) Pursuant to the terms of the stipulation, the Appeals Council shall "remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision." (*Id*. at 1.) The parties also stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id*.)

    Based upon the terms of the stipulation, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

        of 42 U.S.C. § 405(g);

2. Plaintiff's appeal of the administrative decision (Doc. 16) is terminated as **MOOT**; and

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Patricia Kathleen Haerens and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __December 2, 2021__            /s/ Jennifer L. Thurston
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE