# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KATHLEEN HAERENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-01534-BAK<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEYS' FEES<br><br>(ECF No. 21) |

　　　Plaintiff Patricia Kathleen Haerens filed the complaint in this action on October 29, 2020. (ECF No. 1.)  On December 3, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 18, 19, 20.)  On January 19, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $3,600.00, including expenses in the amount of $28.90, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA").  (ECF No. 21.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id.)

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees and expenses in the amount of $3,600.00 under the EAJA, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **January 20, 2022**

_____
UNITED STATES MAGISTRATE JUDGE